1 | S. Peter Serrano
2 | United States Attorney
    Eastern District of Washington
3 | Michael D. Murphy
4 | Assistant United States Attorney
    402 E. Yakima Avenue, Suite 210
5 | Yakima, WA 98901
6 | Telephone: (509) 454-4425
7 |
8 |

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 9 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

9 |     UNITED STATES DISTRICT COURT
10 |   FOR THE EASTERN DISTRICT OF WASHINGTON

11 | UNITED STATES OF AMERICA,

12 |                    Plaintiff,
13 |

14 |          v.

15 | LEO JOHN YALLUP and
16 | ELIZABETH RUTH HOWARD,

17 |                    Defendants.
18 |

**1:25-CR-2105-RLP**

INDICTMENT

18 U.S.C. §§ 1153, 1111 and 2
Second Degree Murder
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Use of a Firearm During and in
Relation to a Crime of Violence
(Count 2)

18 U.S.C. §§ 1153, 2111 and 2
Robbery
(Count 3)

18 U.S.C. § 3
Accessory After the Fact
(Count 4)

18 U.S.C. §§ 1153, 661
Larceny
(Count 5)

INDICTMENT – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

18 U.S.C. § 924(d)(1), 28 U.S.C.
§ 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about August 29, 2022, within the exterior boundaries of the Yakama

Nation, in Indian Country, in the Eastern District of Washington, the Defendant,

LEO JOHN YALLUP, an Indian, unlawfully killed R.B., with malice

aforethought, and aided and abetted the same, all in violation of 18 U.S.C. §§

1153, 1111, and 2.

## COUNT 2

On or about August 29, 2022, in the Eastern District of Washington, the

Defendant, LEO JOHN YALLUP, during and in relation to a crime of violence, for

which he may be prosecuted in a court of the United States, to wit: Second Degree

Murder in violation of 18 U.S.C. §§ 1153, 1111 and 2, as alleged in Count 1 of this

Indictment, did knowingly use, carry, and possess in furtherance of the Second

Degree Murder, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about August 29, 2022, within the exterior boundaries of the Yakama

Nation, in Indian Country, in the Eastern District of Washington, the Defendant,

LEO JOHN YALLUP, an Indian, by force and violence and by intimidation, did

INDICTMENT – 2

take from the person and presence of R.B., a computer, a television and a printer,

and aided and abetted the same, all in violation of 18 U.S.C. §§ 1153, 2111, and 2.

## COUNT 4

On or about August 29, 2022, within the external boundaries of the Yakama

Nation, in Indian Country, in the Eastern District of Washington, , the Defendant,

ELIZABETH RUTH HOWARD, knowing that LEO JOHN YALLUP and another,

Amado Ramos, had committed an offense against the United States, to wit:

Second Degree Murder, in violation of 18 U.S.C. §§ 1153, 1111, did knowingly

assist LEO JOHN YALLUP and another, Amado Ramos, in order to hinder and

prevent their apprehension, trial, and punishment, in violation of 18 U.S.C. § 3.

## COUNT 5

On or about August 29, 2022, within the exterior boundaries of the Yakama

Nation, in Indian Country, in the Eastern District of Washington, the Defendant,

ELIZABETH RUTH HOWARD, an Indian, did take and carry away, with intent to

steal and purloin, a silver Pontiac Torrent, WA CBC1921, VIN

2CKDL43F896250146, personal property of R.B., of a value exceeding $1,000, all

in violation of 18 U.S.C. §§ 1153, 661, and 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 3

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), as charged in Count 2 of this Indictment, the Defendant, LEO JOHN YALLUP, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense.

DATED this 9 day of September, 2025.

A TRUE BILL



S. Peter Serrano
United States Attorney

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 4